UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

INITIAL APPEARANCE CALENDAR

10 1006 M

1) Magistrate Case Number: _____

2) Defendant's Name: __Otero__ __Leslie__ _____
   (Last) (First) (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes ___No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: __✓__ Yes ___No   Date/Time: __8/31/10__

10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ___ POD Entered: ✓

11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: __✓__
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __David Garratt__

14) DEFENSE COUNSEL'S NAME: __Michelle Gelernt__
    Address: _____
    Bar Code: _____ CJA: __ FDNY: ✓ RET: __
    Telephone Number: (___) _____

15) LOG #: ____ ( 4:34 - 4:38 )   MAG. JUDGE: __Lois Bloom__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE